UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**Zuffa, LLC d/b/a Ultimate Fighting Championship**

      Plaintiff,

   -against-

LAUREN M. PEAK, Individually, and as officer, director, shareholder, principal, manager and/or member of JUICY LUCY BBQ NYC LTD.

and

JUICY LUCY BBQ NYC LTD.

      Defendants.

----------------------------------------------------------------------

**NOTICE OF SETTLEMENT AND DISMISSAL**

Civil Action No.
1:20-CV-01190-RPK-CLP

  Plaintiff, having settled and compromised this action, and no party herein being an infant or incompetent, hereby moves to dismiss this matter in its entirety, and with each party to bear its own costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  August 24, 2020
    Ellenville, New York

    **Zuffa, LLC d/b/a Ultimate Fighting Championship**

    By:  /s/Julie Cohen Lonstein
    JULIE COHEN LONSTEIN, ESQ. (JL8521)
    Attorney for Plaintiff
    LONSTEIN LAW OFFICE, P.C.
    190 South Main Street: P.O. Box 351
    Ellenville, NY 12428
    Tel: (845) 647-8500
    Fax: (845) 647-6277
    Email: Legal@signallaw.com
    *Our File No. ZU19-10NY-03*

-1-